JS-6

Bonnie Cafferky Carter, SBN 228835
**Law Offices of Bonnie Cafferky Carter, PC**
5895 Jean Road, Suite 106
Lake Oswego, OR 97035
*ph*. (503) 699-6501
*fax*. (503) 697-1045
carterlaw@me.com

Attorneys for Defendant SALINA B. NORTON

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br>　　　　Plaintiff<br>　　vs.<br>SALINA B. NORTON and VINCENT ISAAC,<br>　　　　Defendants.<br>_____<br><br>SALINA B. NORTON<br>　　　Cross-Claim Plaintiff<br>　　vs.<br>VINCENT ISAAC,<br>　　　Cross-Claim Defendant. | Civil Action No. 2:10-cv-06923-CAS-FMO<br>*Hon. Christina A. Snyder*<br><br>**ORDER RE: STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Date Action Filed: September 16, 2010<br>Trial Date: February 7, 2012 |

ON THE STIPULATION of the parties, the court having received the stipulation and being fully apprised,

**IT IS ORDERED THAT:** The within matter is dismissed with prejudice. The Clerk of the Court, Fiscal Department, is directed to immediately distribute the remaining Death Benefit

**cc: FISCAL DEPT.**

_____
- 1 -

- 2 -

1   funds on deposit with the court, together with all accrued interest thereon, as follows:

2       Isaac:      $31,500.00
3       To:    Vincent Isaac, 522 North Sweetzer Ave., Los Angeles, CA 90048.

4       Norton:    the balance of all remaining funds.
5       To:    Salina Norton, ℅ Bonnie Carter, 5895 Jean Rd #106, Lake Oswego, OR 97035

6   DATED: December 20, 2011

*[signature]*
Honorable Christina A. Snyder
United States District Judge

*I, Bonnie Carter, hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the listed CM/ECF registrants, and also mailed a copy of same to the following non-registrants:*
<u>*Vincent Isaac, 522 North Sweetzer Ave., Los Angeles, CA 90048*</u>*.*